UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**In Admiralty**

STEARNS BANK, N.A.,

      Plaintiff,

v.                    Case No.  8:10-cv-1514-T-33EAJ

REEL LEGEND, ET AL.,

      Defendants.
_____/

<u>**ORDER**</u>

This matter comes before the Court pursuant to Plaintiff's Unopposed Motion Seeking Order of this Court Authorizing the Private Sale of the Vessel and Payment of the Broker's Fees in Conjunction with the Same (the "Unopposed Motion" Doc. # 14), which was filed on September 20, 2010.

The Court has reviewed the Unopposed Motion, has jurisdiction over this matter, and is fully advised in the premises.  The private sale of the vessel and payment of broker's fees described in the Unopposed Motion and supporting documents is duly authorized pursuant to <u>Dietrich v. Key Bank, N.A.</u>, 72 F.3d 1509, 1517 (11th Cir. 1996), and is, therefore, approved.  The Court, thus, grants the Unopposed Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's Unopposed Motion Seeking Order of this Court

Authorizing the Private Sale of the Vessel and Payment of the Broker's Fees in Conjunction with the Same (Doc. # 14) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>23rd</u> day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies:  All Counsel and Parties of Record